```
☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

     AUG 0 7 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY  KH              DEPUTY
```

Michael Sprouse #188459
Name and Prisoner/Booking Number

ASPC, CACF/GEO
Place of Confinement

P.O. Box 9600
Mailing Address

Florence, Arizona 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael Sprouse,
(Full Name of Plaintiff)
         Plaintiff,

vs.

(1) L. Reyes, et.al.,
(Full Name of Defendant)
(2) _____,
(3) _____,
(4) _____,
         Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __CV-23-1601-PHX-DWL (JZB)__
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER
JURY TRIAL DEMANDED**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ASPC, Meadows Unit, Florence

550/555

## B. DEFENDANTS

1. Name of first Defendant: __L. Reyes, Badge 2174__. The first Defendant is employed as: __ADC Officer__ at __Meadows Unit__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __six__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Sprouse__ v. __Shinn__
      2. Court and case number: __CV20 0223 PHX DWL__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __still pending__

   b. Second prior lawsuit:
      1. Parties: __Sprouse__ v. __Ryan__
      2. Court and case number: __CV04 2217 PHX JWS__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Sprouse won No appeal__

   c. Third prior lawsuit:
      1. Parties: __Sprouse__ v. __Ryan__
      2. Court and case number: __CV 11146? PHX JWS__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Sprouse won No appeal__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

PREVIOUS LAWSUITS

Sprouse v. Ryan
CV1402558 PHX DLR        Sprouse won, no appeal

Sprouse v. Czech
CV1501023 PHX DLR        Sprouse Loss, no appeal

Sprouse v. Weigel
CV2001353 PHX DWL        Sprouse Loss, no appeal

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>First Amendment, Fourteenth Amendment, RLUIPA, (Religious Land Use and Institutionalized Persons Act)</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Plaintiff who is Jewish and has been in prison for 20 years, Plaintiff placed 56 Religious Books into longterm storage when he was told the prison change its policy about how many books one could have. As per Arizona Department of Corrections Rehabilitation and Reentry (ADC) policy is which is base from Court order and state law, The books were in longterm storage about Five years. When Plaintiff was moved to Eyman Meadows unit in November of 2021 officer Reyes (Badge number 8174) who at the time is the property officer, stated she DOES NOT do long-term storage at Meadows. Reyes told Plaintiff that he would have to mail out his books or she would place them in the TRASH. I tryed to explain to Reyes that she had to store the books per ADC Policy and law and that she would violate my Constitutional Rights if she put them in the trash. When ADC changes its policy and one can't mail out an item that was approved before they must store it. On or about August of 2022 Reyes told the Plaintiff she place Old 56 Religious Books in the trash. Reyes also stated to Plaintiff that the laws DO NOT apply inside of ADC walls, only ADC policy matters. She does NOT seem to know ADC policy. This is the same thing that the Nazis did in the 1930's.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Violating Plaintiffs First Amendment, Fourteenth Amendment, RLUIPA (Religious Land Use and Institutionalized persons act). Lost of Religious Books for study of Sincerely Held Religious Beliefs. Also Anti Semitism toward plaintiff.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking: DEFENDANT SUED UNDER THE FIRST AND FOURTEENTH AMENDMENT IN HER INDIVIDUAL CAPACITIES IN THE AMOUNT OF $450,000.00 (FOUR HUNDRED AND FIFTY THOUSAND DOLLARS), FOR PUNITIVE, EXEMPLARY DAMAGES AND EMOTIONAL DISTRESS AND ANTISEMITISM, FOR VIOLATING PLAINTIFF'S RELIGIOUS RIGHTS. DEFENDANT SUED IN HER OFFICIAL CAPACITIES FOR VIOLATING PLAINTIFF'S RELIGIOUS RIGHTS AND ANTISEMITISM UNDER RLUIPA AND ANY DAMAGES THE COURT DEEMS. DEFENDANT TO PAY THE $450.00 FILING FEE, (FOUR HUNDRED AND FIFTY DOLLARS).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2023
          DATE

SIGNATURE OF PLAINTIFF

___NONE___
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

___NONE___
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6