# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Sprouse,<br>　　　　Plaintiff,<br>v.<br>L. Reyes,<br>　　　　Defendant. | **NO. CV-23-01601-PHX-DWL (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 10, 2024, Plaintiff to take nothing, and the complaint and action are dismissed for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 10, 2024

　　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　By　　Deputy Clerk